**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division

In Re:
Debtor(s)
**Sergey Vladimirovich Ponomarev**
355 Avebury Ct
Alpharetta, GA 30022

xxx−xx−0175

Case No.: **18−59108−jwc**
Chapter: **13**

## NOTICE TO CHAPTER 13 DEBTOR
## REGARDING DOMESTIC SUPPORT OBLIGATIONS

   If you **now** have a domestic support obligation (an obligation to pay alimony, maintenance or support of your spouse, former spouse, child or parent of your child (see 11 U.S.C. § 101(14A) for further explanation)) or if during this case, a domestic support obligation is imposed upon you then, **in order to receive your discharge,** you must be current (up−to−date) on all the payments for your domestic support obligation that:(1) came due **before** you filed your bankruptcy petition and your Chapter 13 plan required you to pay, and (2) came due **after** you filed your bankruptcy petition. See 11 U.S.C. § 1328(a). Before you receive your discharge you will be required to certify under penalty of perjury that payments on your domestic support obligations are up−to−date by filing a ***Debtor's 11 U.S.C. § 1328 certificate.*** The Chapter 13 Trustee will provide a copy of this Certificate after you have completed all payments on your confirmed Plan. **IF YOU DO NOT FILE THIS CERTIFICATE YOU WILL NOT RECEIVE A DISCHARGE AND THE CASE WILL BE CLOSED.**

   This Notice will be served upon Debtor and counsel for Debtor.

May 14, 2019
Date

M. Regina Thomas
Clerk of Court
U. S. Bankruptcy Court

Form 427

United States Bankruptcy Court
Northern District of Georgia

In re:
Sergey Vladimirovich Ponomarev
    Debtor

Case No. 18-59108-jwc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113E-9        User: chapplem        Page 1 of 1        Date Rcvd: May 14, 2019
                      Form ID: 427        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db          +Sergey Vladimirovich Ponomarev,   355 Avebury Ct,   Alpharetta, GA 30022-5879

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
        Araba Andoh Kwofie   on behalf of Debtor Sergey Vladimirovich Ponomarev akwofie@semradlaw.com,
         ganb.courtview@SLFCourtview.com
        Bobby Shane Palmer   on behalf of Debtor Sergey Vladimirovich Ponomarev bpalmer@semradlaw.com,
         ganb.courtview@slfcourtview.com
        John D. Andrle   on behalf of Creditor   Breckenridge Homeowners Association, Inc.
         jandrle@coalegal.com,   cbrock@coalegal.com;bmcgoldrick@coalegal.com
        John D. Andrle    jandrle@coalegal.com,   cbrock@coalegal.com;bmcgoldrick@coalegal.com
        John D. Andrle   on behalf of Attorney John D. Andrle jandrle@coalegal.com,
         cbrock@coalegal.com;bmcgoldrick@coalegal.com
        Nancy J. Whaley   ecf@njwtrustee.com
        Philip William Lehman   on behalf of Debtor Sergey Vladimirovich Ponomarev plehman@semradlaw.com,
         ganb.courtview@SLFCourtview.com
        TOTAL: 7