# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

SERGEY VLADIMIROVICH PONOMAREV  
355 AVEBURY CT  
ALPHARETTA, GA  30022

CASE NO.: A18-59108-JWC

CHAPTER: 13

## NOTICE REQUESTING YOUR 2021 TAX RETURN AND
## NOTICE CONCERNING YOUR 2021 TAX REFUND

The Trustee requests **a copy of your 2021 Federal Income Tax Return**, including all supporting schedules be provided within thirty (30) days of filing the return or no later than May 18, 2022. Please do this by providing a copy of your return to your bankruptcy attorney so that they may review the return with you and then provide a copy to our office.  If you are not required to file a tax return for 2021, please notify your attorney.

Additionally, the terms of your Chapter 13 Plan may require you to pay your federal tax refund to the Chapter 13 Trustee to be distributed to your creditors. If you are not certain of your requirement, please contact your attorney. **You will need to mail the tax refund money payable to the Chapter 13 Trustee at the address below. Please make a notation that the funds are from your tax refund.** You may also pay online using the Trustee's online payment systems. Go to the website for further information: **http://www.njwtrustee.com/debtor-resources/pay-online/.**

Failure to comply with the terms of your confirmed plan may result in the filing of a Motion to Dismiss your case. If you have any questions concerning this matter, please contact your bankruptcy attorney.

A copy of this Notice was provided to the Debtor(s) electronically by email from the National Data Center or sent by first class U.S. mail to the Debtor(s) at the above address.

Dated: February 9, 2022

__/s/_____  
Nancy J. Whaley  
Standing Chapter 13 Trustee  
Bar Number: 377941  
Suite 120, Suntrust Garden Plaza  
303 Peachtree Center Avenue  
Atlanta, GA 30303  
678-992-1201