IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SERGEY VLADIMIROVICH PONOMAREV
355 AVEBURY CT
ALPHARETTA, GA  30022

CASE NO.: A18-59108-JWC

CHAPTER: 13

### FINAL NOTICE CONCERNING YOUR 2021 TAX RETURN AND POTENTIAL DISMISSAL OF YOUR CASE

You are required to submit a copy of your tax return to the Trustee every year. My records reflect that I have not received a copy of your 2021 Federal Income Tax Return, including all supporting schedules. **A copy of your 2021 tax return needs to be received by the Trustee no later than July 30, 2022 to avoid a Motion to Dismiss being filed in your case.** Please provide a copy of your return to your bankruptcy attorney so that they may review the return with you and then your attorney will provide a copy to the Trustee. If you are not required to file a tax return for 2021, please notify your attorney.

Additionally, the terms of your Chapter 13 Plan may require you to pay your federal tax refund to the Chapter 13 Trustee to be distributed to your creditors. If you are not certain of your requirement, please contact your attorney. **You need to mail any required tax refund money payable to the Chapter 13 Trustee at the address below by July 30, 2022**. Please make a note that the funds are your tax refund. You may also pay online using the Trustee's EPAY or TFS system. Go to the website for further information: http://www.njwtrustee.com/ debtor- resources/ pay-online/

*Failure to comply with the terms of your confirmed plan may result in the filing of a Motion to Dismiss your case. If you have any questions concerning this matter, please contact your bankruptcy attorney.*

A copy of this Notice was provided to the Debtor(s) electronically by email from the National Data Center or sent by first class U.S. mail to the Debtor(s) at the above address.

Dated:  June 03, 2022

   /s/
Nancy J. Whaley
Standing Chapter 13 Trustee
Bar Number: 377941

**Mailing Address:**
**Office of Nancy J. Whaley**
**Suite 120, Truist Garden Offices**
**303 Peachtree Center Avenue**
**Atlanta, GA 30303**
**Fax: 678-992-1202**